UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| William E. Burdick, Sr.<br>    Plaintiff, | :<br>:<br>: |
| v. | : File No. 2:13 CV 186 |
| | : |
| Commissioner of Social Security,<br>    Defendant. | :<br>: |

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed May 15, 2014.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Motion for Order Reversing the Decision of the Commissioner (Doc. 13) is **GRANTED.**  The Defendant's Motion for Order Affirming the Decision of the Commissioner (Doc. 18)is **DENIED.** This matter is remanded for further proceedings and a new decision.

Dated at Burlington, in the District of Vermont, this 5th day of June, 2014.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge